UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**   www.flsb.uscourts.gov
_____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
_____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

**DEBTOR:** Mark E. Wonderly            **JOINT DEBTOR:** _____ CASE NO. 14-18921-BKC-RAM
**Last Four Digits of SS# x9095**       **Last Four Digits of SS# x_____**

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for a period of 60 months. In the event that the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:
   A.  $250.00 for months 1 (5/14) - 60; in order to pay the following creditors:

**Administrative:**
Attorney's Fees:
Total Attorney Fees and Costs Due:  $8,200.00 est. fees and expenses, actual per application to the court
Total Paid $1,889.00
Total Balance Due under Plan:  $6,311.00
Payable: $175.31/mo. (Mos. 1 - 36)

**Secured Creditors:** [Retain liens pursuant to 11 USC section 1325 (a)(5)] Mortgage/Liens on real or personal property:

1._____
Address: _____
_____
Account No.: x_____

_____ Arrearge \_\_\_\_ Payoff Secured Claim on Petition Date $_____
_____            Payment $_____/month (Months \_\_\_\_ to \_\_\_\_)
_____            Payment $_____/month (Months \_\_\_\_ to \_\_\_\_)
_____            Regular Payment $_____/month (Months \_\_\_ to \_\_\_)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM "MOTION TO VALUE COLLATERAL IN PLAN") WILL ALSO BE SERVED ON YOU PURSUANT TO FRBP 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value Collateral | Interest Rate | Plan Payments | Months of Payments | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**Priority Creditors:**  [as defined in 11 USC section 507]
1. US Dept. of Treasury, IRS _____ Total Due $6,000.00 estimated
                Payable $49.00/mo. (Mos. 1 to 35)
                Payable $171.40/mo. (Mos. 36 to 60)
                Regular Payment $_____

**Unsecured Creditors:** Pay $53.00/mo. (Mos. 36 to 60).  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

**Other provisions not included above:**

**Pay Direct Provision**

a. The Debtor(s) intend to make contractual payment directly to the following creditor(s):

Bayview Loan Servicing/JP Morgan Chase, NA for first mortgage, Miami-Dade County for property taxes, and Regency Hall Condominium Apartments, Inc. as to 1155 97th St., #302, Bay Harbor, Florida Ford Motor Credit Co. for 2014 Ford Mustang.

Dated: May 30, 2014

_____/s/_____
Jordan E. Bublick

**Jordan E. Bublick, P.A.,  Jordan E. Bublick, Fla. Bar No. 381624, Attorney for Debtor(s), 1221 Brickell Ave., 9th Fl., Miami, FL 33131 Tel.: (305) 891-4055 Fax: (305) 503-7231 E-Mail: jbublick@bublicklaw.com**

LF-31 (rev. 1/8/10)

10/26/13